UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60659-HUCK-O'SULLIVAN

PATRICK M. HINES,

    Plaintiff,

vs.

ACB AMERICAN, INC.,

    Defendant.

_____/



### FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Joint Stipulation for Dismissal With Prejudice (Doc. 18), filed October 15, 2010. After considering the stipulation, and being otherwise duly advised, it is

ORDERED that this case is DISMISSED WITH PREJUDICE. All pending motions are DENIED AS MOOT and the case is CLOSED. The Court retains jurisdiction for 90 days to enforce the parties' settlement agreement.

DONE AND ORDERED in Chambers, Miami, Florida, this 18th day of October, 2010.

                                                  Paul C. Huck
                                                  United States District Judge

Copies furnished to:
Counsel of Record